UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Lois H. Goodman |
| v. | : | |
| | | Mag. No. 10-2519 (DEA) |
| | : | |
| THANOMSAK HONGTHONG, a/k/a "Tom" | : | **CONTINUANCE ORDER** |

This matter having come before the Court upon the joint application of the defendant, THANOMSAK HONGTHONG, a/k/a "Tom" (Joshua Markowitz, Esq., counsel), and the United States (Paul J. Fishman, United States Attorney, Eric M. Schweiker, Assistant U.S. Attorney, appearing), for an Order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days to allow the parties to conduct pre-indictment plea negotiations in this matter; and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his arrest, pursuant to Title 18, United States Code, Section 3161(b); and the defendant having consented to this continuance, as evidenced by his signature below; and this being the first continuance in the matter sought by the parties; and for good cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties have represented to the Court that they need additional time to conduct pre-indictment plea negotiations, to include additional time for defense counsel to confer with the defendant and determine what, if any, plea negotiations are called for, and for the parties to conduct any resulting pre-indictment discovery and plea negotiations; and

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 27th day of April, 2010,

ORDERED that this action be, and hereby is, continued for a period of 60 days from April 30, 2010; and

IT IS FURTHER ORDERED that the 60 day period beginning April 30, 2010, through and including June 28, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE LOIS H. GOODMAN
United States Magistrate Judge

_____
THHANOMSAK HONGTHONG

_____
Joshua Markowitz, Esq.

Eric M. Schweiker, AUSA